mitted October 1, 1923.  Decided October 8, 1923.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of *Louisiana Navigation Co.* v. *Oyster Commission,* 226 U. S. 99, 101; *Schlosser* v. *Hemphill,* 198 U. S. 173, 175; *Missouri & Kansas Interurban Ry. Co.* v. *Olathe,* 222 U. S. 185, 186.  *Mr. Samuel M. Wolfe,* for defendant in error, in support of the motion.  *Mr. William N. Graydon,* for plaintiff in error, in opposition to the motion.

---

No. 286. AETNA INSURANCE COMPANY ET AL. *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT, ETC.  Error to the Supreme Court of the State of Mississippi.  Motion to dismiss or affirm submitted October 1, 1923.  Decided October 8, 1923.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5-6.  *Mr. Earl N. Floyd,* for defendant in error, in support of the motion.  *Mr. William H. Watkins, Mr. R. L. McLaurin, Mr. William Thompson, Mr. Edward L. Blodgett* and *Mr. Foye M. Murphy,* for plaintiffs in error, in opposition to the motion.  [See *infra,* 678, 698.]

---

No. 386. INDIAN TERRITORY ILLUMINATING OIL COMPANY *v.* BARTLESVILLE ZINC COMPANY ET AL.  Appeal from the Circuit Court of Appeals for the Third Circuit.  Motion to dismiss submitted October 1, 1923.  Decided October 8, 1923.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 568, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577, 578; *Norton* v. *Whiteside,* 239 U. S. 144, 147.  *Mr. Joseph B. Cotton,* for appellees, in support of the motion.  *Mr. Watson B. Robinson, Mr. William J. Hughes*